IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE:   Zena A Chinos                                              CASE NO: 2:07-bk-74073 B
         Debtor                                                                   Chapter 13

# CHAPTER 13 ORDER
## REVOKING PAYROLL DEDUCTION

  Before the court for consideration is the matter of revocation of the Chapter 13 Order to Pay Trustee previously entered directing the employer of the debtor to withhold certain sums from the debtor's compensation each month. It appears to the court that other arrangements have been made.

  IT IS ORDERED that the Chapter 13 Order to Pay Trustee previously entered directing

STEPHENS PRODUCTION
623 GARRISON AVE
FT SMITH, AR  72901

to withhold sums of money from the pay of the debtor should be, and hereby, is revoked. The debtor's employer shall stop withholding payments from the debtor and cease making payments to the Trustee.

Date:  April 25, 2011                              /s/ Ben T. Barry
                                                   Ben T. Barry
                                                   United States Bankruptcy Judge

cc:   Joyce Bradley Babin
      David L Dunagin
      Zena A Chinos

GO 11-1/ ht